IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GARY GIVENS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4683

Opinion filed November 9, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Rachael E. Bushey of O'Brien Hatfield, PA, Tampa, for Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

DENIED. See Fla. R. App. P. 9.141(c)(5)(A).

WOLF, BILBREY, and M.K. THOMAS, JJ., CONCUR.